**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 16-4560-JFW (RAOx)**                                Date: April 24, 2017

Title:       Christian Munguia -v- PPG Industries, Inc.

---

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                              None Present
   Courtroom Deputy                            Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                           None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

In response to the Court's Order to Show Cause filed March 14, 2017 (Dkt. No. 29), the parties advised that a mediation with Joan Kessler was scheduled for April 14, 2017.

Incredibly, notwithstanding the pending Order to Show Cause, the parties have failed to file a joint report regarding the results of the mediation. Accordingly, the parties are ordered to show cause in writing by **April 27, 2017** why the Court should not impose additional sanctions in the amount of $5,000.00 against each lead counsel for their violation of the Court's Scheduling and Case Management Order and the Local Rules. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr